IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | CASE NUMBER 6:20-CR-00062-JDK |
| v. | § | |
| | § | |
| | § | |
| DALTON BREWER (1), | § | |
| | § | |

**O R D E R**

This case is set for **Pretrial Conference** on **MONDAY, OCTOBER 12, 2020 at 1:30pm. Jury Selection and Trial set on MONDAY, OCTOBER 19, 2020 at 9:00am** before United States District Judge **Jeremy D. Kernodle** in Tyler, Texas.

It is, further, ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **MONDAY, SEPTEMBER 21, 2020** at **12:00pm.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause for the delay.

**So ORDERED and SIGNED this 26th day of August, 2020.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE