IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:20-CR-62 |
| | § | |
| DALTON BREWER (01) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the Defendant, **Dalton Brewer**, through his counsel of record, Mr. J. Brandt Thorson, and the Government, have entered into a written plea agreement in relation to the charges now pending before this Court.

        Respectfully submitted,

        NICHOLAS J. GANJEI
        ACTING UNITED STATES ATTORNEY

        */s/ Nathaniel C. Kummerfeld*
        NATHANIEL C. KUMMERFELD
        Assistant United States Attorney
        Texas Bar No. 24060122
        110 N. College, Ste. 700
        Tyler, TX  75702
        (903) 590-1400
        (903) 590-1439 (fax)
        Nathaniel.Kummerfeld@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Plea Agreement has been served on counsel of record for defendant via ECF on this the 19th day of February, 2020.

                                        */s/ Nathaniel C. Kummerfeld*
                                        NATHANIEL C. KUMMERFELD
                                        Assistant United States Attorney