| | |
|---|---|
| DATE: | 3/4/2021 |
| LOCATION: | TYLER, TX |
| JUDGE: | K. NICOLE MITCHELL |
| DEP.CLERK: | Lisa Hardwick |
| RPTR/ECRO: | Lisa Hardwick |
| USPO: | ---------------------------- |
| INTERPRETER: | ---------------------------- |
| START TIME: | 10:05 a.m. |
| END TIME: | 10:25 a.m. |

CASE NUMBER 6:20-CR-00062-JDK

**UNITED STATES OF AMERICA**
**V.**
**DALTON BREWER**

| NATHANIEL KUMMERFELD | J. BRANDT THORSON |
|---|---|

☐ Interpreter Flag     ☐

## CHANGE OF PLEA HEARING

| | | | |
|---|---|---|---|
| ☒ | Change of Plea Hearing called | ☒ | Change of Plea Hearing held |
| ☒ | Dft Appears with counsel | | |
| ☒ | Dft sworn | ☐ | Dft's first appearance with counsel |
| ☒ | Dft advised of charges | ☒ | Dft advised of right to counsel |
| ☒ | Dft advised of maximum penalties | ☒ | Dft received copy of charges |
| ☐ | Charges read | ☒ | Waived reading of charges |
| ☒ | Advised of right to remain silent | ☒ | Discussed charges with counsel |
| ☒ | No pressure to plead | ☒ | Consent to plea before US Magistrate Judge |
| ☒ | Dft enters a guilty plea to Count(s) 1 of the Indictment | ☒ | Court finds plea voluntary, knowledgeable |
| ☒ | Factual Basis established | ☒ | Plea Agreement/Plea Addendum accepted and filed |
| ☒ | Elements of offense (filed electronically) | ☒ | Factual basis/resume filed |
| ☒ | Finding of facts (filed electronically) | ☒ | Order of Detention (filed electronically) |
| ☒ | Dft remanded to the custody of the US Marshal | ☐ | Dft continued on conditions of bond |