**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CASE NUMBER 6:20-CR-00062-JDK |
| | § | |
| DALTON BREWER | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their right to objections.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Dalton Brewer be sentenced to twenty-one months imprisonment with no supervised release to follow. The Court recommends to the Bureau of Prisons that Defendant serve his sentence at the Federal Correctional Institution in Texarkana, TX, Seagoville, TX, or Talladega, AL, and that he be admitted to the Residential Drug Abuse Treatment Program during his period of incarceration, if eligible.

So **ORDERED** and **SIGNED** this **16th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE